FILED

07/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0167

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0167

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ALAN TODD RUFF,

Defendant and Appellant.

## ORDER

Upon consideration of Counsel's motion to withdraw as counsel of record, and good cause appearing,

IT IS HEREBY ORDERED that Mr. Ruff shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and Brian C. Smith.

IT IS FURTHER ORDERED that the Clerk of Court give notice of this Order by mail to all counsel of record and to Mr. Ruff at the Montana State Prison, 400 Conley Lake Road, Deer Lodge, MT 59722.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 30 2020